IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

MANDY MALLA,
an individual,

     Plaintiff,                    )
                                    )
                                    )
vs.                                  )
                                  )     CASE NO. 11-cv-2346 CM/JPO
                                  )
NATIONAL COUNCIL OF THE YMCAS     )
of the USA, a nonprofit              )
corporation, d/b/a YMCA of the    )
USA,  and YMCA of Pittsburg, Kansas, )
an affiliate member,            )

     Defendants

**COMPLAINT**

JURISDICTION

1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42

U.S.C.  2000e, and jurisdiction is proper under 28 U.S.C. § 1331.  The Plaintiff has satisfied all conditions

precedent to the filing of this action and raising the claims contained herein.

PARTIES

2.  Mandy Malla ("Malla") is a resident and citizen of the State of Kansas.

3.  The National Council of the YMCAS is a nonprofit corporation, domiciled in the State of

Illinois and doing business as YMCA of the USA.  YMCA of Pittsburg, Kansas, is an affiliate of the National

Council (the defendants will hereinafter be referred to collectively as "the Y.")

1

FACTUAL BACKGROUND

4.   The Y hired Malla on or about June 4, 2010.  She was hired as a maintenance employee and placed under the supervision of an employee named Gary, who was retiring within about a week of Malla's hiring.  Malla's coworker in the maintenance area was Richard Nicholas ("Nicholas").

5.   Malla had previously worked for the Y in Pittsburg in 2006 without any complaints about her job performance.  Malla also had prior job experience in the maintenance area.

6.   During her employment with the Y in Pittsburg, no one who supervised Malla's work advised Malla that she was not performing her work up to acceptable standards.

7.   Gloria Henrie ("Henrie") was the director of the Y in Pittsburg during both times that Malla worked there.

8.   On or about July 14, 2010, Henrie informed Malla that Henrie was terminating Malla's employment with the Y in Pittsburg.  Henrie told Malla that the reason that Henrie was terminating her was because Nicholas had trouble working with a woman and would prefer to work with a man.  The Y in Pittsburg hired a man to replace Malla.

FIRST CAUSE OF ACTION:  UNLAWFUL GENDER DISCRIMINATION

9.   The Y unlawfully discriminated against Malla on the basis of her gender when it terminated her employment all in violation of Title VII of the Civil Rights Act of 1964, as amended.

10.   The Y's unlawful action has caused Malla economic injury, embarrassment, humiliation and emotional distress.

11.   Malla requests that this Court find and determine that the Y has violated Malla's federally protected rights and award Malla damages for her injuries.   The Y acted with malice and/or reckless disregard to Malla's federally protected rights, and Malla is entitled to punitive damages.  Malla further requests such other legal and equitable relief as the Court determines is appropriate.

<u>REQUEST FOR JURY TRIAL AND PLACE OF TRIAL</u>

Malla demands a jury trial and requests that the place of trial be in Kansas City, Kansas.

Respectfully submitted by,

 s/ Michael M. Shultz
Michael M. Shultz Ks. Bar # 18093
James M. Kaup Ks. Bar #10198
Kaup & Shultz, LC
901 Kentucky, Suite 305
Lawrence, Kansas 66044
785-838-4300 phone
785-838-4302 fax
Shultz@kaupandshultz.com
Kaup@kaupandshultz.com