# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MANDY MALLA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No: 11-cv-02346 CM/JPO |
| | ) | |
| PITTSBURG FAMILY YMCA, | ) | |
| | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Pursuant to Local Rule 83.5.5(c) of the United States District Court for the District of Kansas, Kimberly A. Jones of the law firm of Husch Blackwell, LLP hereby withdraws as counsel of record for Defendant, Pittsburg Family YMCA. Amy M. Fowler of the same law firm hereby enters her appearance as substituted/lead counsel for Defendant and Timothy A. Hilton also remains as counsel for Defendant.

Defendant has been notified of, and consents to, the withdrawal and substitution.

Respectfully submitted,

/s/ Kimberly A. Jones
Kimberly A. Jones          KS Bar No. 16684
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000 Telephone
(816) 983-8080 Facsimile
Kimberly.jones@huschblackwell.com


/s/ Amy M. Fowler
Amy M. Fowler              KS Bar No. 20152
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000 Telephone
(816) 983-8080 Facsimile
Amy.fowler@huschblackwell.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

This is to certify that on the 14th day of March, 2012, the above and foregoing was served via the Court's ECF notification, upon:

Michael M Shultz
James M. Kaup
Kaup & Shultz, LC
901 Kentucky, Suite 305
Lawrence, Kansas 66044
**Attorneys for Plaintiffs**

And via e-mail notification, upon:

Pittsburg Family YMCA
1100 N Miles
Pittsburg, Kansas  66762
**Defendant**

/s/ Kimberly A. Jones
**Attorney for Defendant**